

COWAN,
DeBAETS,
ABRAHAMS &
SHEPPARD LLP

41 MADISON AVENUE
NEW YORK, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

ELEANOR M. LACKMAN
212 974 7474 EXT 1958
ELACKMAN@CDAS.COM

AILEEN ATKINS
FREDERICK P. BIMBLER
SUSAN H. BODINE
LINDSAY W. BOWEN*
ANDREA F. CANNISTRACI
TIMOTHY J. DEBAETS
ROBERT J. EPSTEIN
DOUGLAS P. JACOBS*
ELEANOR M. LACKMAN†
ELLIS B. LEVINE
ANDY MILLER
JANIS C. NELSON■
SIMON N. PULMAN*○
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD♦
LAURA E. SHER
SCOTT J. SHOLDER*
KENNETH N. SWEZEY†
NANCY E. WOLFF●*†

ADAM BEASLEY
ALISON E. BENSIMON
KYLE A. BRETT
BRIANNA DAHLBERG■
LINDSAY R. EDELSTEIN*
MIKAELA I. GROSS
DANIEL J. HALEY*
BRIANA HILL■
BENJAMIN JAFFE
BRITTANY L. KAPLAN-PETERSON
MARISSA B. LEWIS*
JONATHAN H. PERITZ*

OF COUNSEL:
ROBERT I. FREEDMAN

SPECIAL COUNSEL:
ALEX GIGANTE

PHILIP M. COWAN
  (1943-2001)
HOWARD ABRAHAMS
  (1945-1996)

■ ADMITTED IN CA
† ALSO ADMITTED IN CA
♦ ALSO ADMITTED IN DC
○ ALSO ADMITTED IN GA
* ALSO ADMITTED IN NJ
● ALSO ADMITTED IN PA

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
T: 310 492 4392 / F: 310 492 4394

February 26, 2018

**VIA ECF**

Hon. J. Paul Oetken, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2101
New York, New York 10007

   Re:   *Zachary Roberts v. Newser, LLC,* 17-cv-10067 (JPO)
           Proposed Civil Case Management Plan and Scheduling Order form

Dear Judge Oetken:

We represent the defendant Newser, LLC in the above-referenced matter. Pursuant to the Court's Initial Pre-Trial Conference Order, dated Febuary 20, 2018, the attached proposed Civil Case Management Plan and Scheduling Order form is submitted on behalf of both parties.

Respectfully,

*/s/ Eleanor M. Lackman*

Eleanor M. Lackman

Encl.

cc:    Newser, LLC