

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

41 MADISON AVENUE
NEW YORK, NY 10010
T: 212 974 7474
F: 212 974 8474
www.cdas.com

ELEANOR M. LACKMAN
212 974 7474 EXT 1958
ELACKMAN@CDAS.COM

AILEEN ATKINS
FREDERICK P. BIMBLER
SUSAN H. BODINE
LINDSAY W. BOWEN*
ANDREA F. CANNISTRACI
TIMOTHY J. DEBAETS
ROBERT J. EPSTEIN
DOUGLAS P. JACOBS*
ELEANOR M. LACKMAN†
ELLIS B. LEVINE
JANIS C. NELSON■
SIMON N. PULMAN*○
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD♦
LAURA E. SHER
SCOTT J. SHOLDER*
KENNETH N. SWEZEY†
NANCY E. WOLFF●*†

ADAM BEASLEY
ALISON E. BENSIMON
KYLE A. BRETT
BRIANNA DAHLBERG■
LINDSAY R. EDELSTEIN*
MIKAELA I. GROSS
DANIEL J. HALEY*
BRIANA HILL■
BENJAMIN JAFFE
BRITTANY L. KAPLAN-PETERSON
MARISSA B. LEWIS*
JONATHAN H. PERITZ*

OF COUNSEL:
ROBERT I. FREEDMAN

SPECIAL COUNSEL:
ALEX GIGANTE

PHILIP M. COWAN
   (1943-2001)
HOWARD ABRAHAMS
   (1945-1996)

■ ADMITTED IN CA
† ALSO ADMITTED IN CA
♦ ALSO ADMITTED IN DC
○ ALSO ADMITTED IN GA
* ALSO ADMITTED IN NJ
● ALSO ADMITTED IN PA

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
T: 310 492 4392 / F: 310 492 4394

March 16, 2018

**VIA ECF**

Hon. Debra C. Freeman, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 17A
New York, New York 10007-1312

Re:   *Zachary Roberts v. Newser, LLC*, 17-cv-10067 (JPO) (DCF)

Dear Magistrate Judge Freeman:

This firm represents defendant Newser, LLC in the above-captioned matter. Pursuant to your Honor's request, and in accordance with your Honor's Individual Rule 1.E, we write to advise you that the pre-mediation call scheduled for Friday, March 16, 2018 at 2:00 p.m. is no longer necessary, as the parties have agreed to the major terms of a settlement agreement and expect to have a final agreement.

We appreciate the Court's time and its attention to this matter.

Respectfully submitted,

Eleanor M. Lackman

cc:   All counsel of record (via ECF)